IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERESA PARKER BROWN,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number<br>) CV-04-C-0516-S |
| **VIKING COLLECTION SERVICE,**<br>**INC.; GERALD E. MOORE &**<br>**ASSOCIATES, PC; JEFFREY**<br>**JACKSON, and ROY DONAHUE,** | ) |
| Defendants. | ) |

**FILED 04 JUN -1 AM 10:39 U.S. DISTRICT COURT N.D. OF ALABAMA**

**ENTERED JUN 0 1 2004**

### FINDINGS OF FACT AND CONCLUSION OF LAW
### ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
### VIKING COLLECTION SERVICE, INC., AND ROY DONAHUE

*A. Findings of Fact*

1. Plaintiff TERESA PARKER BROWN filed the Complaint in this action on March 12, 2004.

2. Defendants VIKING COLLECTION SERVICE, INC. and ROY DONAHUE were properly served with the Summons and Complaint on March 22, 2004.

3. Defendants VIKING COLLECTION SERVICE, INC. and ROY DONAHUE have failed to answer or otherwise plead to the Complaint within the period of time fixed by law.

4. Plaintiff filed a motion for entry of default against Defendants VIKING COLLECTION SERVICE, INC. and ROY DONAHUE on April 23, 2004.

5. Defendants VIKING COLLECTION SERVICE, INC. and ROY DONAHUE are not incompetent, infants, or members of the United States Armed Services.

13

### B. Conclusion of Law

Based on these Findings of Fact, Plaintiff TERESA PARKER BROWN is entitled to judgment as a matter of law against Defendants VIKING COLLECTION SERVICE, INC. and ROY DONAHUE.

By separate order, a Final Default Judgment will be entered.

Done this 31st day of May, 2004.

_____
Chief United States District Judge
U.W. Clemon